**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                          :
                                                   :      03-CR-1501 (VEC)
                -against-                          :
                                                   :
JASON ROSE,                                        :      ORDER
                                                   :
                        Defendant.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 20, 2021, Mr. Rose filed a motion for compassionate release, Dkt. 453;

WHEREAS on July 20, 2021, the Court reappointed the Federal Defenders to represent Mr. Rose for the purpose of filing a new motion for compassionate release, *id.*;

WHEREAS the Court informed the parties that it would set a briefing schedule for the response and reply briefs once the initial motion for compassionate release is filed, *id.*;

WHEREAS on July 20, 2021, Jennifer Brown of the Federal Defenders confirmed receipt of the Court's reappointment;

WHEREAS on July 29, 2021, Anna Schneider of the Federal Defenders filed a notice of appearance in this matter, Dkt. 456; and

WHEREAS no motion for compassionate release has been filed;

IT IS HEREBY ORDERED that by no later than **Friday, September 24, 2021**, Defense counsel must file a status update. The update must include a proposed deadline for the filing of the motion for compassionate release or an explanation why counsel has determined not to file such a motion.

**SO ORDERED.**

Date: September 18, 2021
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**