USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

JASON ROSE,

                       Defendant.
------------------------------------------------------------- X

03-CR-1501 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 20, 2021, Mr. Rose filed a motion for compassionate release, Dkt. 453;

       WHEREAS on July 20, 2021, the Court reappointed the Federal Defenders to represent Mr. Rose for the purpose of filing a new motion for compassionate release, *id.*;

       WHEREAS the Court informed the parties that it would set a briefing schedule for the response and reply briefs once the initial motion for compassionate release was filed, *id.*;

       WHEREAS on September 24, 2021, Mr. Rose filed a new motion for compassionate release, Dkt. 458; and

       WHEREAS in its motion, Mr. Rose notes that he has requested the COVID-19 vaccine, but has not been vaccinated, *id.* at 7;

       IT IS HEREBY ORDERED that that the Government must respond to Mr. Rose's motion by no later than **Friday, October 22, 2021**. In its response, the Government must file the last two years of Mr. Rose's medical records, disciplinary, and education records. The medical records must be filed under seal; the other records must be filed on ECF.

       IT IS FURTHER ORDERED that Mr. Rose's reply in support of his motion for compassionate release is due no later than **Friday, November 12, 2021**.

       The Clerk of Court is respectfully directed to close the open motion at docket entry 454.

**SO ORDERED.**

Date:  **September 24, 2021**
       **New York, New York**

                                         **VALERIE CAPRONI**
                                         **United States District Judge**