USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 03-CR-1501 (VEC) |
| -against- | : | |
| | : | |
| JASON ROSE, | : | ORDER |
| | : | |
| Defendant. | : | |

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 14, 2022, Probation recommended that the conditions of Mr. Rose's supervised release be modified; and

WHEREAS Mr. Rose informed Probation that he does not consent to the modifications.

IT IS HEREBY ORDERED that a hearing on the proposed modifications to the conditions of Mr. Rose's supervised release is scheduled for **Monday, March 28, 2022 at 2:00 P.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: March 14, 2022
New York, New York

**VALERIE CAPRONI
United States District Judge**